**Order entered October 18, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01338-CV

## IN RE NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, ET AL., Relators

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-00351**

## ORDER

The Court has before it relators' motion for rehearing or for leave to file amended and corrected petition for writ of mandamus. The Court **GRANTS** the motion for rehearing and the motion for leave to file. We **WITHDRAW** our opinion of October 11, 2013, and **VACATE** our order of that date. We **DIRECT** the Clerk of the Court to file relator's amended and corrected petition as of today's date. We **REQUEST** that real party in interest and respondent file any responses to the amended and corrected petition for writ of mandamus within ten days of the date of this order.

/s/     MOLLY FRANCIS
        JUSTICE